## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                        **Crim. No. 4:09-CR-00106-H-1**

**JOHNNY EDWARD BYRD, JR.**

On March 14, 2017, the above named was released from custody and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Julie W. Rosa
Julie W. Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1418
Phone: 919-861-8675
Executed On: April 29, 2019

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _2 nd_ day of _MAY_ , 2019.

Malcolm J. Howard
Senior U.S. District Judge